UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

SSI TECHNOLOGY, INC.,           Case No. 14-55306-mbm
Chapter 11
Hon. Marci B. McIvor

    Debtor.
_____/

# NOTICE THAT DEBTOR HAS DEFAULTED UNDER THE TERMS OF ITS SECOND COMBINED PLAN OF REORGANIZATION

The Michigan Unemployment Insurance Agency ("Agency") by its attorneys, Bill Schuette, Attorney General, and Zachary A. Risk, Assistant Attorney General, states:

1. The Debtor filed its petition under Chapter 11 of the Bankruptcy Code.

2. The business activities of the Debtor result in liabilities to the Agency for unemployment taxes pursuant to Mich. Comp. Laws § 421.1, *et seq*.

3. The Agency filed a priority claim of $59,322.21 (claim no. 53), $0.00 of which is secured.

4. Debtor's Second Combined Plan of Reorganization (doc. no. 425) was confirmed on December 1, 2015 (doc. no. 509).

1

5. The Plan provides for monthly payments to the Agency in the amount of $1,562.18 commencing on the Effective Date, which was December 16, 2015.

6. Payments have not been timely and consistent as required under the Plan, with the last payment received October 18, 2016.

7. Debtor has incurred post-confirmation debt in the amount of $37,750.09, in addition to the outstanding balance indicated on the Agency's pre-petition claim.

8. Debtor has failed to communicate with the Agency, and has made no attempt to cure the missed payments.

9. Under the terms of the Plan, the Agency may file this notice, and if Debtor does not cure the default within 30 days, the Agency may pursue any and all remedies under the Bankruptcy Code and non-bankruptcy law.

10. To cure the default, the debtor must pay $4,686.54 within 30 days of the Agency filing this notice.

Respectfully submitted,

Bill Schuette
Attorney General

/s/ Zachary A. Risk  
Assistant Attorney General  
Attorneys for Plaintiff  
Labor Division  
3030 W. Grand Blvd.,  
Suite 9-600  
Detroit, MI 48202  
(313) 456-2200  
riskz1@michigan.gov  
(P75392)

Dated: January 6, 2016